BLODGETT ET AL., APPELLANTS, *v.* KAHN ET AL.:
LIMA MEMORIAL HOSPITAL, APPELLEE.

[Cite as *Blodgett v. Kahn* (1997), 78 Ohio St.3d 1226.]

(No. 96–757—Submitted April 15, 1997—Decided June 4, 1997.)

---

*Williams, Jilek, Lafferty & Gallagher Co., L.P.A., Martin W. Williams* and *Peter O. DeClark*, for appellants.

*Robison, Curphey & O'Connell* and *E. Thomas Maguire*, for appellee.

*Leeseberg, Maloon, Schulman & Valentine* and *Jeffrey L. Maloon*, urging reversal for *amicus curiae*, Ohio Academy of Trial Lawyers.

*Elsass, Wallace, Evans, Schnelle & Co., L.P.A.*, and *Stanley R. Evans*, urging affirmance for *amicus curiae*, Ohio Hospital Association.

---

The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.